IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEROME JOSHUA LITTLE, II                                                                    PLAINTIFF

    v.                              Civil No. 2:22-cv-02127-MEF

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                              DEFENDANT

## FINAL JUDGMENT

    This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his application for Supplemental Security Income.  The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit.  The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and oral argument having been waived, finds as follows:

    For the reasons announced by the Court on the record on August 28, 2023, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

    IT IS SO ORDERED this the 28th day of August 2023.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE